FRANK & J. G. JENKINS, JR., Appellant, *v.* THE JOHN GOOD CORDAGE AND MACHINE COMPANY, Defendant.

BERTHOLD A. REISS, Claiming to be Receiver of THE JOHN GOOD CORDAGE AND MACHINE COMPANY et al., Respondents.

*Jenkins* v. *John Good Cordage & M. Co.*, 56 App. Div. 573, affirmed.
(Argued November 13, 1901; decided December 3, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1900, which affirmed a judgment in favor of defendants entered upon a dismissal of the complaint as to all the defendants except the John Good Cordage and Machine Company by the court on trial at Special Term.

*Benjamin N. Cardozo* and *Ira Leo Bamberger* for appellant.

*Leopold Wallach, Max J. Kohler* and *Alfred A. Cook* for Berthold A. Reiss, as receiver, etc., respondent.

*Edward A. Hibbard* for Edwin A. McAlpin et al., respondents.

*Henry C. Willcox* for American Surety Company, respondent.

*Abel Crook* for James J. Phelan, respondent.

*Henry Hoyt* and *Christian G. Moritz* for James Rorke, respondent.

*Waldo G. Morse* for General Fire Extinguisher Company, respondent.

Judgment affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.